**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |  |
|---|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** |  | : | **ALL CASES in EXHIBIT A** |

**ORDER**

The pending Motions to Dismiss filed in the cases in Exhibit A are GRANTED.

Accordingly, the CASES are DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

| FIRST | LAST | MDL CASE NUMBER |
|---|---|---|
| Mary | Aagesen | 4:10-cv-01955-WRW |
| Nancy | Abdallah | 4:10-cv-00047-WRW |
| Rosalinda | Abrego | 4:10-cv-01794-WRW |
| Mary | Adamczewski | 4:10-cv-01954-WRW |
| Janet | Ahlbrandt | 4:10-cv-01793-WRW |
| Cynthia | Ahrens | 4:10-cv-01795-WRW |
| Deborah | Alberi | 4:10-cv-00960-WRW |
| Mae | Albert | 4:10-cv-01788-WRW |
| Evangeline | Aldana | 4:08-cv-1206-WRW |
| Virginia | Aldridge | 4:10-cv-01868-WRW |
| Joan | Allan | 4:09-cv-00951-WRW |
| Shirley | Allen | 4:09-cv-00527-WRW |
| Anne | Allen | 4:10-cv-00382-WRW |
| Emalene | Anderson | 4:09-cv-00528-WRW |
| Erika | Anderson | 4:09-cv-00529-WRW |
| Susan | Anderson | 4:10-cv-01831-WRW |
| Ella | Ansley | 4:10-cv-02002-WRW |
| Shirley | Asbert | 4:09-cv-00530-WRW |
| Anna | Atzrott | 4:10-cv-01748-WRW |
| Madonna | Babyak | 4:10-cv-01826-WRW |
| Wanda | Barker | 4:10-cv-01258-WRW |
| Lorraine | Bass | 4:08-cv-1272-WRW |
| Janet | Bauer | 4:10-cv-01979-WRW |
| Constance | Bausell | 4:09-cv-00531-WRW |
| Margaret | Beale | 4:10-cv-01953-WRW |
| Ella | Bearce | 4:09-cv-00533-WRW |
| Ruth | Beck | 4:08-cv-1274-WRW |
| Irene | Beckelman | 4:09-cv-00534-WRW |
| Carol | Beesinger | 4:10-cv-01903-WRW |
| Mary | Bellows | 4:10-cv-01633-WRW |
| Susan | Bellson | 4:10-cv-01952-WRW |
| Charlene | Bentley | 4:10-cv-01924-WRW |
| Jeanette | Bergeron | 4:09-cv-00555-WRW |
| Judy | Besser | 4:10-cv-01902-WRW |
| Wendy | BeVier | 4:10-cv-02001-WRW |
| Barbara | Bierschenk | 4:10-cv-01901-WRW |
| Peggy | Bishop | 4:10-cv-01634-WRW |
| Jean | Bittner | 4:10-cv-01737-WRW |
| Mary | Bivens | 4:08-cv-1275-WRW |
| Judy | Black | 4:10-cv-02000-WRW |
| Victoria | Blalock | 4:10-cv-01804-WRW |
| Meril | Bobo | 4:10-cv-01900-WRW |
| Barbara | Bocklage | 4:09-cv-00557-WRW |
| Dorothy | Bonghi | 4:09-cv-00558-WRW |
| Judith | Bonnette | 4:08-cv-1276-WRW |
| Karen | Booth | 4:08-cv-1277-WRW |

| Lorraine | Borger | 4:09-cv-00559-WRW |
|---|---|---|
| Betty | Bornstein | 4:09-cv-00560-WRW |
| Bessie | Bowie | 4:10-cv-01869-WRW |
| Queen | Boyd | 4:10-cv-01635-WRW |
| Alfretta | Boyd | 4:10-cv-01899-WRW |
| Glenda | Bradbury | 4:10-cv-01430-WRW |
| Barbara | Bradshaw | 4:09-cv-00561-WRW |
| Ianthe | Branch | 4:10-cv-01790-WRW |
| Yvonne | Brashear | 4:09-cv-00564-WRW |
| Carolyn | Breding | 4:10-cv-01636-WRW |
| Lydia | Brent | 4:10-cv-01638-WRW |
| Kay | Breseman | 4:10-cv-01796-WRW |
| Pamela | Briggs | 4:09-cv-00565-WRW |
| Beverly | Broadfoot | 4:10-cv-01898-WRW |
| Nancy | Brodeur | 4:10-cv-01639-WRW |
| Estate of Frances | Broten | 4:09-cv-00566-WRW |
| Brenda | Brown | 4:10-cv-01897-WRW |
| Judi | Brown | 4:10-cv-01640-WRW |
| Catherine | Bruckler | 4:09-cv-00567-WRW |
| Patricia | Brugger | 4:09-cv-00568-WRW |
| Mildred | Brunson | 4:10-cv-01895-WRW |
| Gloria | Buie | 4:10-cv-01871-WRW |
| Georgina | Burgess | 4:09-cv-00569-WRW |
| Rose | Burgett | 4:08-cv-1280-WRW |
| Janice | Burleson | 4:10-cv-01797-WRW |
| Delores | Burton | 4:09-cv-00570-WRW |
| Estate of Mary | Butler | 4:09-cv-00571-WRW |
| Gloria | Butler | 4:10-cv-01798-WRW |
| Vivian | Buycks Brown | 4:09-cv-00572-WRW |
| Melvin | Calhoun | 4:10-cv-01893-WRW |
| Lucy | Carr | 4:08-cv-1282-WRW |
| Patricia | Cefalu | 4:09-cv-00574-WRW |
| Leona | Cellmer | 4:08-cv-1286-WRW |
| Barbara | Chaffin | 4:09-cv-00575-WRW |
| Patricia | Christian | 4:10-cv-01892-WRW |
| Estate of Dorothy | Christopher | 4:10-cv-01614-WRW |
| Shirley | Clark | 4:09-cv-00506-WRW |
| Hattie | Cocroft | 4:10-cv-01980-WRW |
| Lucille | Cole | 4:10-cv-01873-WRW |
| Shirley | Colwell | 4:10-cv-01929-WRW |
| Gloria | Conner | 4:09-cv-00616-WRW |
| Jeanne | Conroy | 4:08-cv-1287-WRW |
| Joyce | Costello | 4:10-cv-01890-WRW |
| Josephine | Costello | 4:10-cv-01891-WRW |
| Carolyn | Crom | 4:08-cv-1289-WRW |
| Nancy | Cross | 4:09-cv-00618-WRW |
| Barbara | Crymes | 4:09-cv-00535-WRW |

| | | |
|---|---|---|
| Princella | Cummings | 4:09-cv-00563-WRW |
| Inez | Daner | 4:08-cv-1290-WRW |
| Christine | Daugherty | 4:09-cv-00625-WRW |
| Kay | Davey | 4:10-cv-01800-WRW |
| Sybil | Davidson | 4:10-cv-01874-WRW |
| Mary | Davis | 4:09-cv-00536-WRW |
| Jo | Davis | 4:10-cv-01950-WRW |
| Justine | Davis | 4:10-cv-01645-WRW |
| Saara | Dean | 4:10-cv-01951-WRW |
| Evalie | DeJarnatt | 4:10-cv-01948-WRW |
| Mary | DeLuca | 4:10-cv-01825-WRW |
| Sandra | Demestre | 4:10-cv-01946-WRW |
| Regina | Dempsey | 4:10-cv-01944-WRW |
| Debbie | Doyle | 4:10-cv-01940-WRW |
| Mary | Dwan | 4:09-cv-00538-WRW |
| Linda | Ebarb | 4:10-cv-01942-WRW |
| Mary | Edgar | 4:08-cv-1292-WRW |
| Monetta | Edwards | 4:09-cv-00540-WRW |
| Mary | Ellison | 4:10-cv-01809-WRW |
| Sheila | Ensminger | 4:10-cv-01981-WRW |
| Virginia | Eplett | 4:08-cv-1293-WRW |
| Carolyn | Evans | 4:10-cv-01747-WRW |
| Barbara | Farmer | 4:10-cv-01801-WRW |
| Judy | Felgate | 4:09-cv-00541-WRW |
| Mary | Felschow | 4:09-cv-00543-WRW |
| Elizabeth | Fields | 4:08-cv-1295-WRW |
| Estate of Nelda | Finnell | 4:09-cv-00545-WRW |
| Joyce | Fischer | 4:10-cv-01646-WRW |
| Beverly | Foley | 4:08-cv-1296-WRW |
| Carol | Forbes | 4:10-cv-01939-WRW |
| Joann | Fowler | 4:09-cv-00546-WRW |
| Karen | Frank | 4:08-cv-1298-WRW |
| Linda | Franklin | 4:10-cv-01647-WRW |
| Dorothy | Frederick | 4:10-cv-01938-WRW |
| Carol | Frederick | 4:10-cv-01922-WRW |
| Marcia | Free | 4:10-cv-01746-WRW |
| Christine | Gann | 4:10-cv-01739-WRW |
| Linda | Garver | 4:08-cv-1107-WRW |
| Gloria | Garza | 4:10-cv-01810-WRW |
| Virginia | Gautney | 4:10-cv-01937-WRW |
| Frances | Genduso | 4:09-cv-00573-WRW |
| Lucia | George | 4:09-cv-00576-WRW |
| Kathleen | George | 4:10-cv-01936-WRW |
| Kike | Germanos | 4:10-cv-01811-WRW |
| Linda | Gibson | 4:10-cv-01921-WRW |
| Jean | Gilbert | 4:08-cv-1108-WRW |
| Elizabeth | Gill | 4:10-cv-01648-WRW |

| Sybil | Gilmore | 4:08-cv-1112-WRW |
| Vivian | Glascoe | 4:10-cv-01935-WRW |
| Judith | Glover - Jones | 4:10-cv-01934-WRW |
| Georgia | Godbey | 4:08-cv-1179-WRW |
| Lynda | Goldsmith | 4:10-cv-01933-WRW |
| Betty | Goodman | 4:10-cv-01920-WRW |
| Mary | Goslin | 4:09-cv-00617-WRW |
| Jean | Grabowski | 4:08-cv-1182-WRW |
| Margaret | Green | 4:10-cv-01932-WRW |
| Eleanor | Hajduch | 4:09-cv-00619-WRW |
| Helen | Hall | 4:10-cv-01649-WRW |
| Georganna | Hancock | 4:10-cv-01931-WRW |
| Helon | Hancock | 4:10-cv-01812-WRW |
| Gloria | Hano | 4:10-cv-01930-WRW |
| Marilyn | Harder | 4:10-cv-01650-WRW |
| Willa | Harris | 4:10-cv-01927-WRW |
| Antonia | Harrison | 4:10-cv-01813-WRW |
| Cindy | Hartman | 4:10-cv-01926-WRW |
| Lallo | Hartwick | 4:09-cv-00621-WRW |
| Karen | Hatch | 4:09-cv-00623-WRW |
| Dolores | Headley | 4:10-cv-01925-WRW |
| Sheila | Heaston | 4:10-cv-01787-WRW |
| Estate of Jean | Held | 4:09-cv-00624-WRW |
| Elizabeth | Hendrixson | 4:08-cv-1185-WRW |
| Barbara | Henry | 4:08-cv-1186-WRW |
| Evelyn | Heymann | 4:09-cv-00542-WRW |
| Gloria | Hill | 4:10-cv-01786-WRW |
| Emma | Hill | 4:10-cv-01842-WRW |
| Katherine | Hinton | 4:10-cv-01851-WRW |
| Ruby | Hitchcock | 4:09-cv-00544-WRW |
| Soon | Hodgdon | 4:09-cv-00547-WRW |
| Mary | Hoffman | 4:09-cv-00548-WRW |
| Estate of Claudia | Holt | 4:08-cv-1187-WRW |
| Nancy | Honn | 4:09-cv-00549-WRW |
| Joyce | Hosler | 4:09-cv-00550-WRW |
| Deborah | Hubbard | 4:10-cv-01814-WRW |
| Carlene | Huckaby | 4:10-cv-01651-WRW |
| Patricia | Huggins | 4:09-cv-00532-WRW |
| Maryanne | Humphries | 4:10-cv-02450-WRW |
| Frankie | Hyatt | 4:10-cv-01784-WRW |
| Toni | Iorizzo | 4:09-cv-00580-WRW |
| Iris | Isaacs | 4:10-cv-01917-WRW |
| Sharon | Jackson | 4:10-cv-01913-WRW |
| Zeola | Jackson | 4:10-cv-01783-WRW |
| Margaret | Jacobsen | 4:10-cv-01782-WRW |
| Charlotte | James | 4:10-cv-01652-WRW |
| Gloria | Jelks | 4:10-cv-01780-WRW |

4

| | | |
|---|---|---|
| Connie | Johnson | 4:09-cv-00581-WRW |
| Cynthia | Johnson | 4:10-cv-01876-WRW |
| Burnice Faye | Johnson | 4:10-cv-01910-WRW |
| Martha | Johnston | 4:10-cv-01781-WRW |
| Estate of Gina | Jones | 4:09-cv-00582-WRW |
| Gloria | Jones | 4:10-cv-01850-WRW |
| Barbara | Jordan | 4:08-cv-1188-WRW |
| Nancy | Jordan | 4:10-cv-01832-WRW |
| Josephine | Jovings | 4:10-cv-01738-WRW |
| Julie | Kaminski | 4:09-cv-00583-WRW |
| Coralleen | Karlin | 4:08-cv-1214-WRW |
| Loretta | Keller | 4:08-cv-1457-WRW |
| Addie | Kelley | 4:10-cv-01985-WRW |
| Dora | Kelly | 4:08-cv-1663-WRW |
| Betty | Kelso | 4:09-cv-00584-WRW |
| Eileen | Kempe | 4:09-cv-00585-WRW |
| Cynthia | Kempfer | 4:10-cv-01824-WRW |
| Sara | Kenna | 4:09-cv-00586-WRW |
| Linda | Kennedy | 4:10-cv-01654-WRW |
| Ruth | Kennison | 4:08-cv-1218-WRW |
| Shirley | Kimbell | 4:10-cv-01779-WRW |
| Dorothy | King | 4:08-cv-1220-WRW |
| Glorita | Kirby | 4:10-cv-01778-WRW |
| Rose | Knight | 4:09-cv-00587-WRW |
| Rhonda | Kocourek | 4:10-cv-01833-WRW |
| Georgiana | Kolpin | 4:09-cv-00588-WRW |
| Lynette | Koppel | 4:10-cv-01983-WRW |
| Donna | Kraft | 4:08-cv-1321-WRW |
| Lois | Krawczyk | 4:10-cv-01834-WRW |
| Barbara | Lafoon | 4:09-cv-00589-WRW |
| Gisela | Landreth | 4:09-cv-00590-WRW |
| Irene | LaRocca | 4:10-cv-01815-WRW |
| Gail | LaRose | 4:08-cv-1322-WRW |
| Sherry | Larson | 4:10-cv-01877-WRW |
| Janice | LaVigne | 4:10-cv-01816-WRW |
| Joyce | Lawson | 4:10-cv-01803-WRW |
| Kay | Lea | 4:10-cv-01906-WRW |
| Dorothy | Ledet | 4:08-cv-1323-WRW |
| Lynda | Leino | 4:10-cv-01655-WRW |
| Jan | Leopard | 4:10-cv-01776-WRW |
| Linda | Lesher | 4:10-cv-01744-WRW |
| Barbara | Lewis | 4:10-cv-01775-WRW |
| Geneva | Lewis | 4:10-cv-01905-WRW |
| Betty | Littrell | 4:10-cv-01686-WRW |
| Willie | Lofton | 4:10-cv-01894-WRW |
| Vicki | Lonon | 4:10-cv-01878-WRW |
| Flora | Lore | 4:10-cv-01688-WRW |

| | | |
|---|---|---|
| Jeri | Lowe | 4:08-cv-1325-WRW |
| Sylvia | Luker | 4:09-cv-00591-WRW |
| Jeanette | Lupo | 4:09-cv-00592-WRW |
| Ferne | Lutz | 4:10-cv-01817-WRW |
| Dolores | Lynch | 4:10-cv-01818-WRW |
| Irena | Macek | 4:09-cv-00593-WRW |
| Clenzia | Majette | 4:10-cv-01889-WRW |
| Phyllis | Mann | 4:10-cv-01777-WRW |
| Carol | Martin | 4:09-cv-00594-WRW |
| Allene | Martin | 4:10-cv-01887-WRW |
| Shirley | Martin | 4:10-cv-01836-WRW |
| Betty | Mason | 4:10-cv-01837-WRW |
| Gloria | Mayang | 4:08-cv-1559-WRW |
| Cindy | Maygra | 4:10-cv-01838-WRW |
| Diane | McCay | 4:10-cv-01852-WRW |
| Peggy | McLaughlin | 4:10-cv-01666-WRW |
| Christine | McManmie | 4:10-cv-01774-WRW |
| Carolyn | McNeff | 4:10-cv-01819-WRW |
| Gayle | Meadors | 4:10-cv-01773-WRW |
| Felicidad | Merced | 4:09-cv-00596-WRW |
| Margaret | Merkling | 4:10-cv-01789-WRW |
| Monika | Merrick | 4:10-cv-01772-WRW |
| Sharon | Merriman | 4:10-cv-01805-WRW |
| Gwen | Michaux | 4:10-cv-01770-WRW |
| Pamela | Mihalis | 4:10-cv-01802-WRW |
| Luisa | Miles | 4:08-cv-1561-WRW |
| Joan | Miller | 4:08-cv-1644-WRW |
| Mary | Mims | 4:10-cv-01769-WRW |
| Judith | Mitchell | 4:09-cv-00597-WRW |
| Donna | Monaco | 4:10-cv-01820-WRW |
| Sandra | Money | 4:10-cv-01658-WRW |
| Donna | Monska | 4:10-cv-01659-WRW |
| Griselda | Montano | 4:10-cv-01660-WRW |
| Beverly | Monteiro | 4:10-cv-01741-WRW |
| Emma | Moore | 4:08-cv-1673-WRW |
| Erma | Moore | 4:10-cv-01661-WRW |
| Mary | Morgan | 4:10-cv-01663-WRW |
| Estate of Dorothy | Moy | 4:09-cv-00598-WRW |
| Mary | Mullins | 4:10-cv-01765-WRW |
| Johnnie | Murphy | 4:10-cv-01923-WRW |
| Nancy | Myers | 4:08-cv-1674-WRW |
| Dianne | Nagy | 4:10-cv-01764-WRW |
| Nola | Neal | 4:09-cv-00599-WRW |
| Catherine | Newberg | 4:10-cv-01941-WRW |
| Estate of Jo | Newman | 4:09-cv-00600-WRW |
| Sharon | Nichols | 4:10-cv-01697-WRW |
| Agnes | Niesner | 4:10-cv-01758-WRW |

| Agneta | O'Banion | 4:10-cv-01720-WRW |
|---|---|---|
| Gloria | Oberste | 4:09-cv-00603-WRW |
| Judith | Occhietti | 4:10-cv-01722-WRW |
| Jacqueline | Oliven | 4:10-cv-01708-WRW |
| Estate of Beverly | Ostervich | 4:10-cv-01559-WRW |
| Georgia | Oswald | 4:10-cv-01755-WRW |
| Mallorie | Owens | 4:10-cv-01754-WRW |
| Estate of Mary | Pace | 4:08-cv-1675-WRW |
| Jean | Padilla | 4:08-cv-1676-WRW |
| Bobbie | Pate | 4:10-cv-01710-WRW |
| Jo Ann | Payne | 4:10-cv-01853-WRW |
| Gail | Pendley | 4:08-cv-1677-WRW |
| Eugiena | Pietz | 4:10-cv-01915-WRW |
| Sharon | Pine | 4:10-cv-01791-WRW |
| Jimmie | Pinkard | 4:10-cv-01753-WRW |
| Charlene | Plumlee | 4:10-cv-01806-WRW |
| Irene | Portenga | 4:10-cv-01916-WRW |
| Rita | Porter | 4:10-cv-01918-WRW |
| Rita | Postick | 4:10-cv-01807-WRW |
| Elisa | Poulsen | 4:09-cv-00604-WRW |
| Estate of Yvonne | Powell | 4:10-cv-01867-WRW |
| Theresa | Powers | 4:09-cv-00605-WRW |
| Kathie | Prate | 4:10-cv-01848-WRW |
| Martha | Price | 4:09-cv-00606-WRW |
| Carolyn | Pride | 4:08-cv-1683- WRW |
| Evonne | Pryor | 4:10-cv-01711-WRW |
| Gail | Quick | 4:10-cv-01821-WRW |
| Susanna | Quigley | 4:10-cv-01839-WRW |
| Anne | Race | 4:08-cv-01684-WRW |
| Susan | Rappoli | 4:10-cv-01822-WRW |
| Leana | Ready | 4:10-cv-01945-WRW |
| Estate of Norma | Reddick | 4:10-cv-01752-BRW |
| Shirley | Reese | 4:10-cv-01751-WRW |
| Nancy | Reinhart | 4:09-cv-00607-WRW |
| Estate of Dorothy | Renter | 4:08-cv-1671-WRW |
| Irma | Rhymer | 4:09-cv-00608-WRW |
| Linda | Riger | 4:10-cv-01823-WRW |
| Joan | Roberts | 4:10-cv-01750-WRW |
| Robbie | Roberts | 4:10-cv-01841-WRW |
| Estate of Phyllis | Robinson | 4:08-cv-1690-WRW |
| America | Robinson | 4:10-cv-01840-WRW |
| Cindy | Rodemeyer | 4:10-cv-01742-WRW |
| Annette | Rodgers | 4:10-cv-01865-WRW |
| Joanna | Romero | 4:10-cv-01808-WRW |
| Marilyn | Rosenthal | 4:10-cv-01749-WRW |
| Rhoda | Rubey | 4:08-cv-01693-WRW |
| Deana | Rushton | 4:10-cv-01909-WRW |

| | | |
|---|---|---|
| Barbara | Saeger | 4:09-cv-00610-WRW |
| Ellen | Saiz | 4:10-cv-01771-WRW |
| Sandra | Santiamagro | 4:09-cv-00611-WRW |
| Shirley | Sapp | 4:10-cv-01956-WRW |
| Neva | Sawyers | 4:09-cv-00612-WRW |
| Shirley | Scheele | 4:10-cv-01692-WRW |
| Mina | Schultes | 4:10-cv-01855-WRW |
| Eva | Schwitzer | 4:08-cv-1374-WRW |
| Renate | Sczuka | 4:09-cv-00613-WRW |
| Karen | Seymour | 4:09-cv-00614-WRW |
| Kathryn | Shaffer | 4:09-cv-00615-WRW |
| Celia | Sheffer | 4:09-cv-00626-WRW |
| Betty | Shehdan | 4:10-cv-01693-WRW |
| Gayle | Shull | 4:09-cv-00627-WRW |
| Sondra | Shulman | 4:08-cv-1392-WRW |
| Linda | Sibley | 4:10-cv-01768-WRW |
| Martha | Simmons | 4:10-cv-01743-WRW |
| Carol | Simmons | 4:10-cv-01864-WRW |
| Wanda | Simpson | 4:10-cv-01767-WRW |
| Clare | Simpson | 4:10-cv-01740-WRW |
| Willia | Sims | 4:10-cv-01884-WRW |
| Alease | Sims | 4:10-cv-01849-WRW |
| Kathleen | Skarzynski | 4:10-cv-01766-WRW |
| Mary Jean | Smith | 4:10-cv-01694-WRW |
| Cara | Smith | 4:10-cv-01943-WRW |
| Carolyn | Smith | 4:10-cv-01856-WRW |
| Mary | Smith | 4:10-cv-01908-WRW |
| Brenda | Snellings | 4:10-cv-01879-WRW |
| Barbara | Solymos | 4:08-cv-1395-WRW |
| Estate of Vickie | Sommer | 4:08-cv-1397-WRW |
| Sushila | Somnath | 4:09-cv-00628-WRW |
| Verna | Sorensen | 4:09-cv-00629-WRW |
| Lucile | Spearman | 4:10-cv-01843-WRW |
| Mary | Stafford | 4:10-cv-01863-WRW |
| Margie | Staggs | 4:10-cv-01885-WRW |
| Susan | Stalcup | 4:10-cv-01911-WRW |
| Linda | Stephens | 4:08-cv-1399-WRW |
| Marguerite | Stephens | 4:09-cv-00630-WRW |
| Doris | Stewart | 4:10-cv-01886-WRW |
| Shirley | Straka | 4:10-cv-01862-WRW |
| Diane | Stratton | 4:10-cv-01982-WRW |
| Mary | Strong | 4:08-cv-1400-WRW |
| Georgette | Sumrok | 4:09-cv-00631-WRW |
| Dorothy | Swanson | 4:08-cv-1403-WRW |
| Evelyn | Swanson | 4:10-cv-01888-WRW |
| Donna | Sweat | 4:09-cv-00632-WRW |
| Barbara | Swencki | 4:09-cv-00633-WRW |



| Sandra | Tallman | 4:10-cv-01700-WRW |
|--------|---------|-------------------|
| Reynalda | Tan | 4:09-cv-00634-WRW |
| Marie | Tassos | 4:09-cv-00635-WRW |
| Lynda | Taylor | 4:10-cv-01857-WRW |
| Maria | Taylor | 4:10-cv-01683-WRW |
| Jo | Tecarr | 4:10-cv-01904-WRW |
| Patricia | Thornberry | 4:10-cv-01861-WRW |
| Norma | Threlkeld | 4:10-cv-01763-WRW |
| Virgie | Till | 4:10-cv-01907-WRW |
| Geraldine | Timberlake | 4:09-cv-00636-WRW |
| Ingrid | Tollerson | 4:10-cv-01745-WRW |
| Marion | Toomey | 4:09-cv-00622-WRW |
| Mary (Lois) | Treadaway | 4:10-cv-01947-WRW |
| Karen | Tremont | 4:10-cv-00050-WRW |
| Kim | Tulley | 4:09-cv-00637-WRW |
| Jaqueline | Vandiver | 4:10-cv-01716-WRW |
| Melissa | Varner | 4:10-cv-01854-WRW |
| Rita | Vasconcellos | 4:09-cv-00638-WRW |
| Estate of Joan | Vaughan | 4:09-cv-00639-WRW |
| Melinda | Velasquez | 4:09-cv-00640-WRW |
| Guadalupe | Velasquez | 4:10-cv-02047-WRW |
| Shirley | Vereeke | 4:10-cv-01717-WRW |
| Erlina | Villaverde | 4:08-cv-1405-WRW |
| Gloria | Vocelka | 4:08-cv-00980-WRW |
| Ofelia | Voda | 4:09-cv-00641-WRW |
| Nita | Walker | 4:09-cv-00642-WRW |
| Sylvia | Walters | 4:10-cv-01719-WRW |
| Sandra | Wanamaker | 4:10-cv-01860-WRW |
| Sarah | Watkins | 4:10-cv-01859-WRW |
| Charlene | Weakley | 4:09-cv-00643-WRW |
| Margaret | Weakley | 4:10-cv-01912-WRW |
| Sharon | Wells | 4:09-cv-00644-WRW |
| Rosetta | Wells | 4:10-cv-01858-WRW |
| Lois | Wicklund | 4:09-cv-00645-WRW |
| Marilyn | Wiles | 4:08-cv-00982-WRW |
| Joan | Will | 4:10-cv-01994-WRW |
| Janice | Williams | 4:09-cv-00646-WRW |
| Martha | Wilson | 4:09-cv-00620-WRW |
| Janette | Wilson | 4:10-cv-01757-WRW |
| Janet | Wilusz | 4:09-cv-00647-WRW |
| Carolyn | Yeargan | 4:10-cv-01756-WRW |
| Evelyn | Yowk | 4:10-cv-01914-WRW |
| Hannah | Zimmerman | 4:10-cv-01709-WRW |

9.